UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:20-CV-157-WOB

H. DAVID HICKS,                                                                                          PLAINTIFF,

V.                                          RECOMMENDED DISPOSITION

COMMISSIONER OF SSA,                                                                      DEFENDANT.

This matter came before the undersigned for a telephone conference call, on the record, on August 30, 2021. The call was convened to discuss the Defendant's motion to dismiss, or in the alternative, for a more definite statement, [R. 15], as the Plaintiff had filed no response to the motion. During the call, the Plaintiff represented that he had no objection to the Defendant's motion to dismiss. Therefore, having considered the motion, and for the reasons stated in the Defendant's motion to dismiss,

IT IS RECOMMENDED that the motion to dismiss [R. 15] be GRANTED, and this action be dismissed with prejudice.

The parties are directed to 28 U.S.C. § 636(b)(1) for a review of appeal rights governing this Recommended Disposition. Particularized objections to this Recommended Disposition must be filed with the Clerk of the Court within fourteen days of the date of service or further appeal is waived. Fed. R. Civ. P. 72(b)(2); *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005). A general objection that does not "specify the issues of contention" is not enough to satisfy the requirement of written and specific objections. *Miller v. Currie*, 50 F.3d 373, 380 (6th Cir. 1995). Poorly drafted objections, general objections, or objections that require a judge's interpretation

should be afforded no effect and are not enough to preserve the right of appeal. *Howard v. Secretary of HHS*, 932 F.2d 505, 508-09 (6th Cir. 1991). A party may respond to another party's objections within fourteen days of being served with a copy of those objections. Fed. R. Civ. P. 72(b)(2).

Signed August 31, 2021.



Signed By:
*Edward B. Atkins*  EBA
United States Magistrate Judge