UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

CIVIL ACTION NO. 20-CV-157-WOB

H. DAVID HICKS                                                    PLAINTIFF

VS.                                    ORDER

COMMISSIONER OF SSA                                               DEFENANT

This matter is before the Court on the Report and Recommendation of the assigned United States Magistrate Judge (Doc. 18), and the plaintiff having no objection,

**IT IS ORDERED** that the Court adopts the Report and Recommendation (Doc. 18) and that Defendant's unopposed motion to dismiss (Doc. 15) be, and hereby is **GRANTED**.  A separate Judgment shall enter herewith.

This 19th day of January, 2022.



Signed By:
William O. Bertelsman  WOB
United States District Judge